United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3147SD

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of South Dakota. |
| | * | |
| Victoria M. Bobtail Bear, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 9, 1998
Filed: February 20, 1998

_____

Before FAGG and MURPHY, Circuit Judges, and SMITH,[*] District Judge.

_____

PER CURIAM.

Victoria M. Bobtail Bear appeals her assault-related conviction and sentence. On appeal, Bobtail Bear contends the district court improperly admitted evidence that she tried to bribe an eyewitness. Bobtail Bear also contends the evidence was insufficient to support the jury's verdict. Finally, Bobtail Bear challenges her sentence because the district court imposed an obstruction of justice enhancement and refused to grant a downward departure. A review of the record shows that Bobtail Bear's claims are without merit. There was sufficient evidence to support the jury's verdict,

_____

[*]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, sitting by designation.

and the district court did not abuse its discretion in admitting evidence or commit error in its sentencing determinations.  We affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.